## IN THE SUPREME COURT OF THE STATE OF NEVADA

MOSS BERG INJURY LAWYERS;
MARCUS A. BERG; BOYD B. MOSS III,
ESQ.; DAVID BOSCH, PH.D.; AND
ALAN BRITZ,

Petitioners,

vs.

THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
SUSAN JOHNSON, DISTRICT JUDGE,

Respondents,

and

ARIA RESORT & CASINO, LLC, A
NEVADA LIMITED LIABILITY
COMPANY,

Real Party in Interest.

No. 80082

FILED

AUG 1 4 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### *ORDER DISMISSING PETITION*

Pursuant to the stipulation of the parties, and cause appearing, this petition dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.[1]

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

[1]In light of this order, no action will be taken in regard to the motion for an extension filed on August 5, 2020.

cc:    Hon. Susan Johnson, District Judge
Claggett & Sykes Law Firm
Lewis Roca Rothgerber Christie LLP/Las Vegas
Lincoln, Gustafson & Cercos
Eighth District Court Clerk